UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TRAVELL ARMSTRONG,**

      **Plaintiff,**

v.

      Case No:  6:14-cv-1207-Orl-41KRS

**BELVIN PERRY,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (the "Application") filed on July 25, 2014. (Doc. 2). The United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation on August 1, 2014, recommending that this Court: (1) deny the Application without prejudice, (2) dismiss the Complaint (Doc. 1) without prejudice, and (3) order the Plaintiff to file an Amended Complaint within a specified time. (Doc. 4, at 4).

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 4) filed on August 1, 2014, is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. The Application (Doc. 2) filed on July 25, 2014, is **DENIED without prejudice**.

3. The Complaint (Doc. 1) filed on July 25, 2014, is **DISMISSED without prejudice**.

4. The Plaintiff may file an Amended Complaint on or before **September 12, 2014**. Failure to file an Amended Complaint within the allowed time will result in the closure of this case.

**DONE** and **ORDERED** in Orlando, Florida on August 26, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties